# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.R. LAURENCE CO., INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FRAMELESS HARDWARE COMPANY, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-01334-JWH-RAO<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __2/14/2024__

Document No.:   __148__

Title of Document:   __REQUEST TO WITHDRAW ATTORNEY SETH A. GOLD__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __February 16, 2024__          By: __/s/ Yvette Louis  yvette_louis@cacd.uscourts.gov__
                                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**